MOORE, Collector of Internal Revenue, et al. v. GRIESEDIECK BROS. BREWERY CO. et al. (Circuit Court of Appeals, Eighth Circuit. May 2, 1921.) No. 5531. Appeal from the District Court of the United States for the Eastern District of Missouri. For opinion below, see 262 Fed. 582. Benjamin L. White, Asst. U. S. Atty., of St. Louis, Mo., for appellants. Charles A. Houts, of St Louis, Mo., for appellees.

PER CURIAM. Appeal dismissed for want of prosecution.

---

ORR v. GEIGER. (Circuit Court of Appeals, Sixth Circuit. December 6, 1921.) No. 3647. Appeal from the District Court of the United States for the Southern Division of the Eastern District of Michigan; Tuttle, Judge. N. Calvin Bigelow, of Detroit, Mich., for appellant. Charles L. Mann, of Detroit, Mich., for appellee.

PER CURIAM. Dismissed on motion of counsel.

---

THE PEHR .UGLAND. HANSEN v. BUENOS AIRES GREAT SOUTHERN RY. CO., Limited. (Circuit Court of Appeals, Fourth Circuit. November 1, 1921.) No. 1902. Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk. For opinion below, see 271 Fed. 340. Hughes, Little & Seawell, of Norfolk, Va., and Herbert K. Stockton, of New York City, for appellant. Hughes, Vandeventer & Eggleston, of Norfolk, Va., for appellee.

PER CURIAM. Appeal dismissed on motion of parties.

---

PORT DEPOSIT QUARRY CO. et al. v. UNITED STATES, to Use of BOYER et al. (Circuit Court of Appeals, Fourth Circuit. February 2, 1922.) No. 1910. In Error to the District Court of the United States for the District of Maryland, at Baltimore. For opinion below, see 272 Fed. 698. Haman, Cook, Chesnut & Markell and Geo. Ross Veazey, all of Baltimore, Md., for plaintiffs in error. John T. Tucker, of Baltimore, Md., and Willard M. Harris, of Philadelphia Pa., for defendants in error.

PER CURIAM. Cause dismissed, under rule 20 (233 Fed. xiii, 146 C. C. A. xiii), per agreement of attorneys.

---

PRIEST v. WALTON & SPENCER CO. et al. (Circuit Court of Appeals, Eighth Circuit. May 17, 1921.) No. 213. Petition to Revise Order of the District Court of the United States for the Eastern District of Missouri. Robert E. Moloney and George T. Priest, both of St. Louis, Mo., for petitioner. George O. Durham, of St. Louis, Mo., for respondents.

PER CURIAM. Petition to revise dismissed, at costs of petitioner, per stipulation of parties.

---

RAPHAEL v. RAUSCH. (Circuit Court of Appeals, Eighth Circuit. September 16, 1921.) No. 218. Petition to Revise Order of the District Court of the United States for the District of South Dakota. F. B. Morgan, of Wagner, S. D., and E. E. Wagner, of Sioux City, Iowa, for petitioner. Charles O. Bailey and John H. Voorhees, both of Sioux Falls, S. D., and Kay Todd, Walter Fosnes, and Charles W. Sterling, all of St. Paul, Minn., for respondent.

PER CURIAM. Petition to revise dismissed,. without costs to either party in this court, per stipulation.